RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE  5 , 24 , 07
BY  BM

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES | CRIMINAL NO. 07-50034-01 |
| versus | MAGISTRATE JUDGE HORNSBY |
| | JUDGE TOM STAGG |
| DENNIS MICHAEL EASON | |

## O R D E R

Before the court is a "Motion To Revoke Detention Order" filed by the defendant, Dennis Michael Eason ("Eason"). See Record Document 9.

"When a district court acts on a motion to revoke or amend a magistrate's pretrial detention order, the district court acts de novo and must make an independent determination of the proper pretrial detention or conditions for release." United States v. Rueben, 974 F.2d 580, 585 (5th Cir. 1992).

Following a thorough de novo review of the record, including, inter alia, the defendant's motion to revoke, the government's response and the transcript of the detention hearing, this court concludes that the government met its burden of proving by clear and convincing evidence that Eason presents an unacceptable risk of danger to the community. Accordingly;

**IT IS ORDERED** that the motion to revoke detention be and is hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana this 24th day of May, 2007.

_____
JUDGE TOM STAGG